**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL WILEY | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  24-2237 |
| | : | |
| PATRICK LEE OLSON | : | |

# ORDER

**AND NOW**, this 28th day of March 2025, this appeal came to be considered on the record from the United States Bankruptcy Court for the Eastern District of Pennsylvania which issued an order dated May 10, 2024.  On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the order of the Bankruptcy Court dated May 10, 2024 is **AFFIRMED** in accordance with the opinion of the court issued today.  The Clerk of Court shall **close** this case.

_____
**MURPHY, J.**