# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL WILEY, successor by assignment to MCGRATH TECHNICAL STAFFING, INC. d/b/a MCGRATH SYSTEMS<br><br>v.<br><br>PATRICK LEE OLSON | Civil Action No. 24-2237-JFM |

## **NOTICE OF APPEAL**

Patrick Lee Olson, appellant herein, appeals from the final Order of the United States District Court for the Eastern District of Pennsylvania dated March 28, 2025, per the Honorable John F. Murphy, which affirmed the final Order of the United States Bankruptcy Court for the Eastern District of Pennsylvania dated May 10, 2024 (that determined a portion of appellant's debt owed to appellee nondischargeability pursuant to 11 U.S.C. §523(a)(2)(A)) to the United States Court of Appeals for the Third Circuit. A copy of the Order is attached hereto. The names of the parties to the order appealed from and the name, address, and telephone number or their respective counsel is as follows:

> Phillip D. Berger, Esquire
> BERGER LAW GROUP, P.C.
> 919 Conestoga Road, Building 3, Suite 114
> Rosemont, PA 19010
> (610) 668-0800
> berger@bergerlawpc.com
> Attorney for Appellee Michael D. Wiley.

DATED:  April 28, 2025      Respectfully submitted,

              */s/Mark A. Cronin*
              Mark A. Cronin, Esquire
              128 Hillside Road
              Wayne, PA 19087
              (484) 266-0832
              philalaw@aol.com
              Attorney for Appellant Patrick Lee Olson

## **CERTIFICATION OF SERVICE**

I, MARK A. CRONIN, hereby certify that the foregoing Notice of Appeal, on the date below, by way of the Court's ECF system, upon:

 Philip D. Berger, Esquire
 BERGER LAW GROUP
 919 Conestoga Road, Building 3, Suite 114
 Rosemont, PA 19010

              /s/ *Mark A. Cronin*
            **MARK A. CRONIN**

DATED: April 28, 2025